

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Stanley Bruce Roberson, Appellant

No. 06-17-00181-CR     v.

The State of Texas, Appellee

Appeal from the 278th District Court of Leon County, Texas (Tr. Ct. No. 16-0239CR). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Stanley Bruce Roberson, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JULY 20, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk